1
2
3
4
5
6
7                              UNITED STATES DISTRICT COURT
8                             EASTERN DISTRICT OF CALIFORNIA
9   SCOTT N. JOHNSON,
                                                    NO.  2:09-cv-0083 FCD KJM
10           Plaintiff,

11      v.                                          **ORDER RE: SETTLEMENT AND DISPOSITION**
12
    CAPTEC NET LEASE REALTY, INC,
13   et. al.,

14           Defendants.
                                              /
15
        Pursuant to the representation of the plaintiff, in the above action, the court has
16
   determined that this case has settled.
17
        In accordance with the provisions of Local Rule 16-160, dispositional documents are to
18
   be filed on or before September 28, 2009.  All dates/hearings set in this matter, to include any
19
   pending motions, are hereby VACATED.
20
        **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE**
21
   **IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY**
22
   **PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**
23
        **IT IS SO ORDERED**.
24
   Dated: August 31, 2009
25
26
                                    _____
27                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
28